[No. 22353-1-III. Division Three. September 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. MONA FRANCISCIA CHORA, *Appellant*.

Appeal from judgments of the Superior Court for Benton County, No. 02-1-01050-8, Carolyn A. Brown and Robert G. Swisher, JJ., entered August 25 and September 5, 2003. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 45104-9-I. Division One. September 13, 2004.]

*In the Matter of the Detention of* JEROME JACOBSON.

THE STATE OF WASHINGTON, *Respondent*, v. JEROME JACOBSON, *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 98-2-08779-0, Ann Schindler, J., entered June 29 and July 21, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 52169-1-I. Division One. September 13, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE DANIEL RUBASH, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-01893-3, Thomas J. Wynne, J., entered April 3, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52355-4-I. Division One. September 13, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER LOY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-10952-5, Donald D. Haley, J., entered May 3, 2003. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Schindler, J., concurred in by Grosse and Kennedy, JJ.